AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kerby Brown, Jr. | ) | Case No.  19-MJ-6265-AOV |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Nov. 20, 2018 to Feb. 5, 2019___ in the county of ___Broward___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 1591(a)(1) and 1594. | Recruit, Entice, Harbor, Transport, or Advertise a Minor Victim to Engage in Commercial Sex Acts, and Attempt for Minor Victim to Engage in Commercial Sex Acts. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Joseph Oliver, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___05/24/2019___

_____
*Judge's signature*

City and state: ___Fort Lauderdale, Florida___

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph R. Oliver, having been duly sworn, hereby depose and state:

## BACKGROUND

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), currently assigned to the Child Exploitation and Human Trafficking Task Force of the FBI's Miami Division.  My duties involve the investigation of a variety of violations of federal criminal law involving the sexual exploitation of children, including the commercial sex trafficking of minors.  I have been an FBI SA since August 2016. Prior to my employment with the FBI, I worked as a Police Officer and Crimes Against Children Detective with the Lexington Police Department in Kentucky from August 2012 to August 2016 where I responded to and investigated cases involving violent crimes against children.

2.      I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the Unites States Code, and for offenses against the United States.

3.      This affidavit is made in support of probable cause for the arrest of Kerby BROWN, Jr. for violations of recruiting, enticing, harboring, transporting, or advertising a minor victim to engage in commercial sex acts, and attempt for a minor victim to engage in commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1) and 1594.  Since this affidavit is being submitted for the limited purpose of demonstrating probable cause in support of the criminal complaint against BROWN, I have not included each and every fact known by me concerning this investigation, and have included only those facts and circumstances that I believe are sufficient to establish probable

cause for the issuance of the requested criminal complaint and arrest warrant. The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

## PROBABLE CAUSE

4.     This affidavit concerns two minor victims recruited by Kerby BROWN, Jr. ("BROWN") to engage in commercial sex acts. MINOR VICTIM 1 and MINOR VICTIM 2 identified BROWN as the individual who recruited, enticed, or otherwise provided transportation for them to engage in the sexual activities, or attempted sexual activities.

### Minor Victim 1

5.     On November 24, 2018, the Hollywood Police Department ("HPD") responded to the Ramada hotel ("Ramada") located at 1925 Harrison Street in Hollywood, FL in reference to child prostitution. Upon arrival, HPD made contact with a 14-year-old ("MINOR VICTIM 1"). MINOR VICTIM 1 disclosed that she was with BROWN at a hotel party and BROWN attempted to recruit her to post online commercial sex advertisements on the website www.listcrawler.com.[1] Even though MINOR VICTIM 1 told BROWN she was not interested, an advertisement was posted online advertising MINOR VICTIM 1 to engage in commercial sex activities. The advertisement was seen by MINOR VICTIM 1's friend. The friend, in turn, informed her mother, and the friend's mother then contacted the HPD, who responded to the Ramada that evening.[2]

6.     Upon the completion of her interview, MINOR VICTIM 1, who had previously

---

[1] Your Affiant, through training and experience, is aware that www.listcrawler.com is a website that is often used to advertise or otherwise promote prostitution.

[2] As of the date of this Affidavit, law enforcement has not been able to locate the advertisement posted of MINOR VICTIM 1.

been listed as a missing person out of Fort Lauderdale, FL, was released to the custody of her grandmother.

7.      HPD officers also interviewed BROWN, who was on scene at the Ramada. BROWN denied any involvement in prostitution and was released that evening.

8.      On February 1, 2019, your Affiant and a Task Force Officer ("TFO") with HPD conducted a separate interview of MINOR VICTIM 1. MINOR VICTIM 1 stated she ran away from home and through a friend was introduced to BROWN and his group, and soon thereafter went with BROWN to the Ramada. BROWN had reserved rooms #502 and #503 at the Ramada. According to MINOR VICTIM 1, Room #502 was used for prostituting three to four adult girls. MINOR VICTIM 1 stated that she stayed in Room #503 for approximately three days with BROWN.

9.      Law enforcement has obtained hotel records from the Ramada. The records confirm that BROWN reserved rooms #502 and #503 on November 22, 2018, and from November 23-24, he reserved only room #502.

10.     According to MINOR VICTIM 1, while at the Ramada, BROWN asked MINOR VICTIM 1 if she wanted to make fast cash. He explained she could send pictures to men or have the men come to the room, but not have sex with them. BROWN informed MINOR VICTIM 1 she could make money by just getting naked for the men, giving them massages, or satisfying their fetishes such as foot fetishes. BROWN also asked MINOR VICTIM 1 if she wanted to post online advertisements for the purpose of commercial sex like the adult prostitutes did. The adult prostitutes were expected to make BROWN approximately $100 per hour. BROWN would collect all the money and give the girls a portion of the proceeds.

3

11.     In addition, MINOR VICTIM 1 stated that BROWN had MINOR VICTIM 1 follow the adult girls around while they were conducting street prostitution to make sure they were working and making money.  BROWN made MINOR VICTIM 1 turn on the GPS on her phone so that BROWN could track the girls' movements.   On one occasion, MINOR VICTIM 1 witnessed BROWN choke and hit one of the adult girls because she did not make enough money for BROWN.

12.     Despite BROWN's efforts, MINOR VICTIM 1 denied that she ever engaged in commercial sex acts.

13.     MINOR VICTIM 1 provided to law enforcement an Instagram account, "tray_cinco," which belonged to BROWN'S friend who was also present at the Ramada during MINOR VICTIM 1's stay.   MINOR VICTIM 1 was friends with "tray," the user of the "tray_cinco" account, and it was "tray" who introduced her to BROWN. MINOR VICTIM 1 was shown a photograph from the "tray_cinco" account that depicted three males.  Upon reviewing the photograph, MINOR VICTIM 1 positively identified the male on the far right of the photograph as BROWN.

14.     MINOR VICTIM 1 provided verbal and written consent for your Affiant to search her cell phone and have it forensically imaged.  Within the phone law enforcement found a selfie-style photograph with date-stamp November 20, 2018 of MINOR VICTIM 1 and BROWN together in what appears to be a hotel room.  Law enforcement also found photographs of MINOR VICTIM 1 at the Ramada hotel and the Hollywood Gateway Inn ("Gateway") where MINOR VICTIM 1 went with BROWN.

**Minor Victim 2**

15.     On February 25, 2019, a 15-year-old ("MINOR VICTIM 2") was taken into custody for a pickup order out of Broward County by the Aventura Police Department.  MINOR VICTIM 2 disclosed being the victim of human trafficking by a subject known to her as "K.J."

16.     On March 4, 2019, your Affiant conducted an interview of MINOR VICTIM 2. MINOR VICTIM 2 disclosed she ran away from home around the end of January 2019.  While on the road, MINOR VICTIM 2 became tired of hopping from house to house, and she was then introduced by her friend to someone named K.J. via social media.  K.J. messaged MINOR VICTIM 2 on Instagram and arranged to pick her up.  MINOR VICTIM 2 stated K.J.'s Instagram account in which he direct messaged her was "lilslattdagod."  MINOR VICTIM 2 stated that "lilslattdagod" had a girlfriend: identified in this Affidavit as VICTIM 3.[3]

17.     MINOR VICTIM 2 consented to a search of her phone by law enforcement.  Within her phone are two screenshots saved by MINOR VICTIM 2 of a conversation between herself and BROWN, who utilized the Instagram account username "lilslattdagod."  Specifically, the screenshots from her phone reveal the following:

> **Lilslattdagod**: Wats ya number?
> MINOR VICTIM 2: I'm otp wassup tho ❤
> **Lilslattdagod**: Ima come get you way
> MINOR VICTIM 2: Idek you[4]
> **Lilslattdagod**: I kno but I wouldn't want you outside it's cold out here and I know Shay
> MINOR VICTIM 2: I need a place to stay tho I can't just go out nd come back outside
> **Lilslattdagod**: Nah I gotchu deadass I book hotel rooms Shay told me bout you already and your situation I want to help
> **Lilslattdagod**: Call me it's Phone 9412423370
> MINOR VICTIM 2: Can I FaceTime you?

---

[3] VICTIM 3's date of birth is January 13, 2001.

[4] In your Affiant's training and experience, "idek" is short for "I Don't Even Know" you.

5

**Lilslattdagod**: Yea
MINOR VICTIM 2: Ima call m
**Lilslattdagod**: Okay

18.     After picking up MINOR VICTIM 2, she and K.J. hung out for approximately one week at the Motel 6 on State Road 84 in Fort Lauderdale, FL.  After the first week, K.J., MINOR VICTIM 2, VICTIM 3, and others went to Orlando, FL.  When they arrived in Orlando, K.J. told MINOR VICTIM 2 he needed her to make money to help pay for the hotels and car rentals.  In order to make him money, K.J. wanted MINOR VICTIM 2 to get a fake ID, so she could dance in the clubs like the other girls who were strippers.  Further, K.J. took naked pictures of MINOR VICTIM 2 to be used as advertisements for sex.

19.     In response to the online advertisements, people would text K.J. and he would choose the person who would pay the most.  K.J. would drive MINOR VICTIM 2 to the "John's" houses.  MINOR VICTIM 2 went to approximately six (6) houses while in Orlando.  K.J. would remain outside the houses while MINOR VICTIM 2 was inside.  MINOR VICTIM 2 would stall inside, but eventually do whatever the men wanted her to do.  She confirmed that the men had vaginal and oral sex with her.

20.     The "John's" would give MINOR VICTIM 2 the money before sex.  The "dates" would last approximately 10 minutes and usually occurred between 9:00 p.m. and 5:00 a.m.  At the beginning, MINOR VICTIM 2 split the money 50/50 with K.J., but eventually K.J. took all the money after the "dates."  K.J. also provided MINOR VICTIM 2 with drugs such as "molly," "percs," "zans," and "c-class."

21.     On their way back to Fort Lauderdale from Orlando, the group stopped at approximately 3-4 houses for MINOR VICTIM 2 to engage in commercial sex acts.  When they

arrived back in Fort Lauderdale, they returned to the Motel 6.  While at the Motel 6, MINOR VICTIM 2 had approximately 6-9 "dates."

22.    MINOR VICTIM 2 separated from K.J. after K.J. fled from the police in Opalocka, FL.  Following their separation, K.J. kept calling and texting MINOR VICTIM 2 and told her, "When we catch you, you know what's up."  MINOR VICTIM 2 viewed this as a threat to her life due to her previously witnessing K.J. beat people up during street fights.

23.    MINOR VICTIM 2 was shown the same Instagram photograph as MINOR VICTIM 1 of three males, which was posted on Instagram account, "tray_cinco."  MINOR VICTIM 2 positively identified K.J. as the individual on the far right of the photograph, who was previously identified by MINOR VICTIM 1 as BROWN.

24.    MINOR VICTIM 2 provided verbal and written consent for your Affiant to search her cell phone and have it forensically imaged.  The search of her phone later revealed MINOR VICTIM 2 had text message correspondence with several people about her having to engage in commercial sex acts at the direction of K.J., or his alias "Slime."

25.    MINOR VICTIM 2's phone also included two screenshots of a conversation between herself and phone number (941) 242-3370, which is the phone number that BROWN, using Instagram username "lilslattdagod," told her to call him on.  The conversation states:

> (941) 242-3370: Exactly I get hotel rooms for 20 dollars that ain't nun so you ain't gotta run around just go to school and the room that's it
> MINOR VICTIM 2: I just peeped
> MINOR VICTIM 2: I'm trippin
> (941) 242-3370: 😂 😂
> MINOR VICTIM 2: This not even the person I thought it was   I'm over here like what is he talking about
> (941) 242-3370: Do you know who this is now?
> MINOR VICTIM 2: Yeah I do
> (941) 242-3370: Okay so when you want to get picked up

MINOR VICTIM 2: Shay has some more of my stuff n she's at school rn
(941) 242-3370: We could come back and get it
MINOR VICTIM 2:  I go to school far tho
(941) 242-3370: Flanagan high right?
MINOR VICTIM 2: No I switched I go to Fort Lauderdale high ☺
(941) 242-3370: That's right here I stay in Lauderdale ☺☺☺☺
MINOR VICTIM 2: G? That's god
MINOR VICTIM 2: Good*
(941) 242-3370: Lol where you thought I stayed?

26.     After the interview, your Affiant located approximately nine (9) online commercial

sex advertisements of MINOR VICTIM 2, in which she appears naked or in otherwise sexually

explicit positions and is advertised to engage in commercial sex acts.  The advertisements were

posted on the website www.listcrawler.com between February 1, 2019 and February 5, 2019 for

the cities of Orlando, Miami, and Fort Lauderdale, FL.   MINOR VICTIM 2 stated that the

advertisements were posted by "K.J.", i.e. BROWN.  If a potential "John" was interested in the

advertisement the phone number posted on the advertisements was 941-242-3370, which is the

phone number that BROWN instructed MINOR VICTIM 2 to call him on during their first

conversation on Instagram.

27.     On April 18, 2019, a search warrant was signed by United States Magistrate Judge

Barry L. Seltzer authorizing law enforcement to search and seize BROWN's Instagram account,

"lilslattdagod," in which he communicated with MINOR VICTIM 2. *See* 19-MJ-6184-BLS.  Your

Affiant has reviewed the account "lilslattdagod," and can confirm that multiple photographs and

videos depict BROWN and it appears that BROWN is the user of the account.  The records also

demonstrate that BROWN initially recruited MINOR VICTIM 2 to meet with him and directed

her to then speak to him using the phone number, (941) 242-3370.  As previously stated, that

phone number was then listed as the contact information for the commercial sex advertisements

8

featuring MINOR VICTIM 2 posted on www.listcrawler.com.

28.     Within the Instagram account, your Affiant has also found messages between BROWN and another female who identifies herself as a minor.  BROWN reminded the minor female that the two had met at the "Gateway," which your Affiant understands to mean the Gateway hotel: a location where BROWN also took MINOR VICTIM 1.  BROWN tells the minor female that she could begin stripping even though she identifies herself as under 18 because BROWN knows people.

29.     Further, on multiple occasions BROWN, through Instagram, sends messages to other individuals identifying his phone number as (941) 242-3370.

### MAY 23, 2019 Arrest of BROWN

30.     On May 23, 2019, law enforcement found a sex related advertisement on www.listcrawler.com for VICTIM 3—the individual identified by MINOR VICTIM 2 as BROWN's girlfriend.  In a controlled operation, an undercover officer ("UC") with the HPD contacted VICTIM 3 to schedule a date at the La Quinta hotel in Hollywood, FL.  VICTIM 3 arrived to the La Quinta at approximately 7:14 pm.  She arrived as the passenger in a Silver Chrysler 300.  The Chrysler was driven by BROWN, and another female, age 17, was in the backseat of the vehicle.  VICTIM 3, as instructed by the UC, then entered hotel room number 621.  At this point, law enforcement detained VICTIM 3, and attempted to arrest BROWN.  BROWN fled on foot from the Chrysler but was apprehended and arrested soon thereafter.

### CONCLUSION

37.     Based on the forgoing, I respectfully submit that there is probable cause to believe that the defendant, Kerby BROWN, Jr., did recruit, entice, harbor, transport, or advertise MINOR

VICTIM 2 to engage in commercial sex acts, and attempted for MINOR VICTIM 1 to engage in

commercial sex acts, all in violation of 18 U.S.C. §§ 1591(a)(1) and 1594.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Joseph R. Oliver, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 23 day of May, 2019.

**ALICIA O. VALLE**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

10