UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-6265-VALLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KERBY BROWN, JR.,

        Defendant.

_____

### <u>DETENTION ORDER</u>

Pursuant to 18 U.S.C. § 3142(f), on June 4, 2019, the undersigned held a hearing to determine whether the Defendant KERBY BROWN should be detained prior to trial.  Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure his appearance at trial and the safety of any other person and the community.  Therefore, it is hereby ordered that the Defendant Kerby Brown be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. **18 U.S.C. § 3142(g)(1)** -- **Nature and Circumstances of the Offense.**

The Defendant is charged by way of criminal complaint with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1).  This charge carries a minimum penalty of ten years in prison, with a maximum of life.  The Government proffered that Defendant's sentencing guideline range would be 168-210 months.  A rebuttable presumption arises based upon a probable cause finding that a defendant committed an offense involving a minor victim under 18 U.S.C. § 1591, 18 U.S.C. § 3142(e)(3)(E).  18 U.S.C. § 3142(g)(1).

2. **18 U.S.C. § 3142(g)(2) -- Weight of the Evidence**.  The weight of the evidence against this Defendant is strong.  At the hearing, the government proceeded by way of proffer, with FBI Special Agent Joseph Oliver then made available for cross-examination.  The evidence shows that law enforcement began investigating Defendant on November 24, 2018, when they became aware of an allegation of child prostitution.  Minor Victim 1 (a 14-year-old girl) identified Defendant as the person who tried to recruit her to post commercial online sex advertisements and to engage in commercial sex.  She told law enforcement that Defendant was using hotel rooms for prostitution using adults, but that she had stayed with him at the hotel.  He used Minor Victim 1 to track some of the adult prostitutes to make sure they were working.  She observed Defendant choke and hit one of the women.  Minor Victim 1 denied ever engaging in commercial sex acts.  In February and March 2019, Minor Victim 2 (a 15-year-old girl) told law enforcement that she had run away from home and was taken in by Defendant.  Defendant took naked pictures of her to post online advertisements, and he brought her to houses in Orlando where she had sex with various men for money.  Defendant took most or all the money and provided illegal drugs to Minor Victim 2.  Defendant set up multiple additional sex dates for her on the way back from Orlando, and more when they arrived in Fort Lauderdale.  When she tried to leave, Defendant threatened her.  Defendant was arrested following a police ruse on May 23, 2019.  He initially fled from police but was quickly apprehended.  At the time of his arrest, he was with his girlfriend (who had just turned eighteen) and another minor.

The minor told police she had seen Defendant hit his girlfriend in the past, and both said they were afraid of physical violence from Defendant.   18 U.S.C. § 3142(g)(2).

      3.   **18 U.S.C. § 3142(g)(3) -- History and Characteristics of the Defendant.**   Kerby Brown was born in Hollywood, Florida, on October 25, 1995.  He lives with his father and his aunt in North Lauderdale.  His mother is deceased.  He has three siblings, two of whom live in Atlanta, the other residing in Coral Springs.  Defendant is single and has one minor daughter.  He attended Flanagan High School in Pembroke Pines but did not graduate.  He is currently unemployed.  He reports to be in good physical health.  He reports that he hears voices that tell him what to do but has never been diagnosed with any mental health condition or received mental health treatment.  He uses marijuana on a weekly basis.  He was arrested on a robbery with a weapon charge in 2016.  The case is pending, and he failed to appear in court as required.  18 U.S.C. § 3142(g)(3)(A) and (B).

      4.   **18 U.S.C. § 3142(g)(4) -- Danger to any Person or the Community.** Based upon the unrebutted presumption and the nature and circumstances of the offense conduct, which includes multiple minor victims and allegations of physical violence against women, the undersigned finds that the Government has presented clear and convincing evidence that the Defendant's release would pose a danger to other persons and the community.  18 U.S.C. § 3142(g)(4).  Based upon the unrebutted presumption, the length of the possible sentence in this case, and his previous failure to appear for court, Defendant is also a risk of flight.

5.   Based upon the above findings of fact, which were supported by the appropriate evidentiary standards (clear and convincing for danger to the community; preponderance for flight risk), this Court specifically finds that there are no conditions or combination of conditions of release that reasonably will assure the safety of any other person and the community or that reasonably will assure Defendant's appearance at trial. 18 U.S.C. § 3142(e).

This Court hereby directs:

(a)  That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b)  That the Defendant be afforded reasonable opportunity for private consultation with counsel;

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 7th day of June 2019.

_____

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies to:    All counsel of record

4